IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAURA S. GRAY,<br><br>    Plaintiff,<br><br>v.<br><br>STELLAR RECOVERY, INC.,<br><br>    Defendant. | Civil Action File No.<br><br>1:15-cv-03819-ODE-JCF |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Laura S. Gray and Defendant Stellar Recovery, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate that the above-captioned civil action be dismissed with prejudice. Each party is to bear its own costs and attorneys fees.

Respectfully agreed and submitted,

For Plaintiff:

By:   /s/ Justin T. Holcombe
    Justin T. Holcombe (No. 552100)
    Skaar & Feagle, LLP
    133 Mirramont Lake Dr.
    Woodstock, GA 30189
    Telephone: (770) 427-5600
    Facsimile: (404) 601-1855
    jholcombe@skaarandfeagle.com

For Defendant:

 /s/ L. Jackson Young, Jr.
L. Jackson Young, Jr. (No. 831686)
Ferguson Frost Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, Alabama 35242
205.879.8722 (telephone)
205.879.8831 (telecopier)
LJY@ffmylaw.com